**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

   v.               No. 1:19-CR-541 (CFH)

LUC EMOND,

      Defendant.

---

**CHRISTIAN F. HUMMEL**
**U.S. MAGISTRATE JUDGE**

## ORDER OF DETENTION

The defendant appeared before the undersigned for a detention hearing on August 26, 2019. The United States moved for the detention of the defendant, contending that the defendant was a risk of flight and a danger to the community, and the defendant opposed the government's motion.

Wherefore, the undersigned finds, for the reasons stated herein and those incorporated by reference, which were stated on-the-record at the conclusion of the detention hearing on August 26, 2019, that there are no conditions or combination thereof which would ensure the defendant's return to Court. Accordingly, it is hereby

**ORDERED** that pursuant to 18 U.S.C. § 3142(f), the defendant shall be detained without bail pending further proceedings in this case.

**IT IS SO ORDERED**.

Dated: August 27, 2019
    Albany, New York

                       Christian F. Hummel
                       U.S. Magistrate Judge